IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. ____________ |
| | ) | |
| Petitioner, | ) | DECLARATION OF REVENUE OFFICER |
| | ) | VENICE HOCHMAN; EXHIBIT A |
| v. | ) | |
| | ) | |
| KIMBERLY A. CHOI, | ) | |
| | ) | |
| Respondent. | ) | |
| ____________ | ) | |

**DECLARATION OF REVENUE OFFICER VENICE HOCHMAN; EXHIBIT A**

I, VENICE HOCHMAN, declare as follows:

1. I am a duly commissioned Revenue Officer with the Small Business/Self-Employed Division of the Internal Revenue Service ("IRS"). My post of duty is in Honolulu, Hawaii. As a Revenue Officer, I am authorized to issue IRS administrative summonses pursuant to 26 U.S.C. § 7602, 26 C.F.R. § 301.7602-1 and IRS Delegation Order No. 25-1 (as revised).

2. In my capacity as a Revenue Officer, I am aware of an investigation conducted by Revenue Officer Lynne Meyer to collect Kimberley A. Choi's liability for income tax for the years 2003 and 2004.

3. In furtherance of this investigation, and in accordance with 26 U.S.C. § 7602, on October 18, 2010, I issued an administrative summons to the Respondent with respect to the collection of Respondent's liability for income tax for the years 2003 and 2004. The summons directed the Respondent to appear before Revenue Officer Lynne Meyer on November 18, 2010, to give

testimony and produce for examination certain books, records, papers, and other data as described in the summons. Copies of the summons are attached hereto and incorporated by reference herein as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of January, 2011, in Honolulu, Hawaii.

VENICE HOCHMAN
Revenue Officer
Internal Revenue Service