IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>KIMBERLY A. CHOI,<br><br>Respondent. | CIVIL NO.<br><br>DECLARATION OF REVENUE OFFICER LYNNE G. MEYER; EXHIBIT A |

**DECLARATION OF REVENUE OFFICER LYNNE G. MEYER; EXHIBIT A**

I, LYNNE G. MEYER, declare as follows:

1. I am a duly commissioned Revenue Officer with the Small Business/Self-Employed Division of the Internal Revenue Service ("IRS"). My post of duty is in Honolulu, Hawaii. As a Revenue Officer, I am authorized to issue IRS administrative summonses pursuant to 26 U.S.C. § 7602, 26 C.F.R. § 301.7602-1 and IRS Delegation Order No. 4 (as revised).

2. In my capacity as a Revenue Officer, I am conducting an investigation to collect Kimberly A. Choi's liability for income tax for the years 2003 and 2004.

3. The records of the Internal Revenue Service show that Kimberly A. Choi has not paid her income tax for the calendar years 2003 and 2004.

4. In furtherance of this investigation, and in accordance with 26 U.S.C. § 7602, on October 18, 2010, Revenue Officer Venice Hochman issued an IRS administrative summons to

the Respondent to appear before me on November 18, 2010, to give testimony and to produce for examination the books, records, papers, and other data described in the summons. Copies of the summons are attached hereto and incorporated by reference herein as Exhibit A.

5. On October 19, 2010, in accordance with 26 U.S.C. § 7603, I served the summons by handing an attested copy of the summons to Respondent's spouse, Doug Choi, as evidenced by the certificate of service included in Exhibit A.

6. On November 18, 2010, the scheduled designated date of appearance for compliance with the summons, and on November 23, 2010, the rescheduled designated date of appearance for compliance with the summons, Respondent did not appear. Respondent's refusal to satisfy the requirements of the summons continues to the date of execution of this declaration.

7. The books, records, papers, and other data sought by the summons are not in the possession of the IRS.

8. All administrative steps required by the Internal Revenue Code for the issuance of a summons have been followed.

9. The testimony, books, records, papers, and other data sought by the summons may be relevant to the collection of Kimberly A. Choi's liability for income tax for the years 2003 and 2004.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of January, 2011, in Honolulu, Hawaii.

Lynne G. Meyer

LYNNE G. MEYER
Revenue Officer
Internal Revenue Service