# Summons

## Collection Information Statement

**In the matter of** KIMBERLY A CHOI, PEARL CITY, HI 96782

**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED

**Industry/Area** *(Identify by number or name)* SB/SE AREA 15 (35)

**Periods:** Form 1040 for the calendar periods ending December 31, 2003 and December 31, 2004

**The Commissioner of Internal Revenue**

**To:** KIMBERLY A CHOI

**At:** 96782

You are hereby summoned and required to appear before LYNNE G MEYER, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2009 To 10/15/2010

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

EXHIBIT "A"

**Business address and telephone number of IRS officer before whom you are to appear:**

1099 ALAKEA ST 12TH FLOOR MS 1203, HONOLULU, HI 96813 (808) 566-2795

**Place and time for appearance: At** 1099 ALAKEA ST 12TH FLOOR MS 1203, HONOLULU, HI 96813

**on the** 18th **day of** November, 2010 **at** 10:00 **o'clock** a **m.**

**Issued under authority of the Internal Revenue Code this** 18th **day of** October, 2010

VENICE Y HOCHMAN — Signature of issuing officer

REVENUE OFFICER — Title

________ Signature of approving officer *(if applicable)*

________ Title

IRS

Department of the Treasury
**Internal Revenue Service**
**www.irs.gov**
Form 6637 (Rev.10-2006)
Catalog Number 25000Q

**Original** -- to be kept by IRS

# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|---|---|
| 10-19-2010 | 11:00 Am |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*.

Doug Choi

| Signature | Title |
|---|---|
| Lynne S. Meyer | Revenue Officer |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|---|---|
| Lynne S. Meyer | Revenue Officer |

Catalog No. 25000Q Form **6637** (Rev. 10-2006)